SEALED UNSEALED 12/22/16

| U.S. Department of Justice | Criminal Docket |
|---|---|
| Washington, D.C. | Presented in Corpus Christi |

CORPUS CHRISTI Division
Magistrate No.: N/A
File: INDICTMENT

CR. No.: **C - 16 - 962**

Filed: November 22, 2016

**HONORABLE JANIS GRAHAM JACK**

County: Nueces
LIONS #: 2016R17204

Judge: _____

Attorneys:

United States of America

KENNETH MAGIDSON, U.S. ATTORNEY
JEFFREY S. MILLER, ASST. U.S. ATTORNEY
GRAND JURY ACTION         APP'D   RET

v.

PLEASE INITIAL _____

GEORGE JASON CRUMBOCK

MANUEL EDWARDO SANCHEZ

| TRUE BILL: _____ |
|---|
| NO BILL: _____ |

Charge(s): Ct. 1: (Both Defendants) Did knowingly and intentionally conspire to possess with intent to distribute approximately 56 grams of methamphetamine: 21 USC 846, 841(a)(1), and 841(b)(1)(A).
Ct. 2: (Both Defendants) Did knowingly and intentionally possess with intent to distribute approximately 56 grams of methamphetamine: 21 USC 841(a)(1) and 841(b)(1)(A), and 18 USC 2.

Total Charges: (2)

Penalty: Ct. 1: Not less than 10 years or more than life imprisonment without probation, parole or a suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; and, a $100 Special Assessment.
Ct. 2: Not less than 10 years or more than life imprisonment without probation, parole or suspended sentence, or a fine not to exceed $10 million, or both; at least 5 years SRT; a $100 Special Assessment; and, community restitution up to the amount of any fine imposed by the Court.

In Jail: _____
On Bond: _____
No Arrest: Motion For Arrest Warrant to be filed